UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

OCT 10 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SKOT HECKMAN; et al.,

        Plaintiffs - Appellees,

 v.

LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER, LLC,

        Defendants - Appellants.

No. 23-55770

D.C. No. 2:22-cv-00047-GW-GJS
U.S. District Court for Central California, Los Angeles

**ORDER**

This case is RELEASED from the Mediation Program.

FOR THE COURT:

Bls/mediation

Robert S. Kaiser
Circuit Mediator