UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

OCT 12 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SKOT HECKMAN; et al., | No.    23-55770 |
| Plaintiffs-Appellees, | D.C. No. 2:22-cv-00047-GW-GJS Central District of California, Los Angeles |
| v. | |
| LIVE NATION ENTERTAINMENT, INC.; TICKETMASTER, LLC, | ORDER |
| Defendants-Appellants. | |

The motion to expedite this appeal (Docket Entry No. 12) is granted in part. The opening brief and excerpts of record are due November 13, 2023. The answering brief is due December 13, 2023. The optional reply brief is due within 21 days after service of the answering brief.

No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(1). No written motions for extensions of time under Ninth Circuit Rule 31-2.2(b) will be granted absent extraordinary and compelling circumstances.

This appeal will be placed on the next available calendar after the completion of briefing. *See* 9th Cir. Gen. Ord. 3.3(f).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT