No. 23-55770

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**SKOT HECKMAN; LUIS PONCE; JEANENE POPP; JACOB ROBERTS,**
on behalf of themselves and all those similarly situated,

*Plaintiffs-Appellees.*

v.

**LIVE NATION ENTERTAINMENT, INC.; TICKETMASTER LLC,**

*Defendants-Appellants*,

On Appeal from the United States District Court
for the Central District of California
No. 2:22-cv-00047-GW-GJS (George H. Wu, District Judge)

## EXCERPTS OF RECORD FOR DEFENDANTS-APPELLANTS LIVE NATION ENTERTAINMENT, INC. AND TICKETMASTER, LLC
## INDEX VOLUME

Roman Martinez
Uriel Hinberg
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

Sadik Huseny
LATHAM & WATKINS LLP
300 Colorado Street
Suite 200
Austin, TX 78701
(737) 910-7300

Timothy L. O'Mara
*Counsel of Record*
Andrew M. Gass
Alicia R. Jovais
Robin L. Gushman
Nicholas Rosellini
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
(415) 391-0600
tim.omara@lw.com

November 13, 2023

*Counsel for Defendants-Appellants
Live Nation Entertainment, Inc. and Ticketmaster, LLC*

# EXCERPTS OF RECORD INDEX

## VOLUME 1 OF 3 (1-ER-1 to 1-ER-32)

I. Decision on Appeal

| Date | Dkt. No. | Description | Page |
| --- | --- | --- | --- |
| 08/10/2023 | 202 | Final Ruling on Defendants' Motion to Compel Arbitration | 1-ER-2 |

## VOLUME 2 OF 3 (2-ER-33 to 2-ER-295)

II. District Court Record

| Date | Dkt. No. | Description | Page |
| --- | --- | --- | --- |
| 07/27/2023 | 194 | Supplemental Declaration of Collin Williams on Behalf of Non-Party Era ADR, Inc. | 2-ER-34 |
|  | 194-1 | Exhibit A: New Era's Rules & Procedures, revised July 25, 2023 | 2-ER-37 |
| 06/01/2023 | 163 | Declaration of Collin Williams of Non-Party Era ADR, Inc. in Response to Court's Tentative Ruling of May 1, 2023 on Defendants' Motion to Compel Arbitration | 2-ER-73 |
| 04/14/2023 | 150 | Defendants' Reply in Support of Motion to Compel Arbitration | -- |
|  | 150-3 | Exhibit B: JAMS Comprehensive Arbitration Rules & Procedures, effective June 1, 2001 | 2-ER-83 |

| Date | Dkt. No. | Description | Page |
|---|---|---|---|
| 03/08/2021 | 31 | Declaration of Kimberly Tobias in Support of Defendants' Motion to Compel Arbitration | 2-ER-104 |
| | 31-29 | Exhibit 29: July 2, 2021Terms of Use from Ticketmaster's website | 2-ER-116 |
| | 31-30 | Exhibit 30: July 2, 2021 Terms of Use from Live Nation's website | 2-ER-127 |
| | 31-31 | Exhibit 31: January 1, 2021 Terms of Use from Ticketmaster's website | 2-ER-143 |
| 03/08/2022 | 30 | Defendants' Notice of Motion and Motion to Compel Arbitration | -- |
| | 30-2 | Declaration of Helene Green in Support of Defendants' Motion to Compel Arbitration | 2-ER-151 |
| | 30-4 | Exhibit A: New Era ADR Rules and Procedures | 2-ER-162 |
| 01/04/2022 | 1 | Complaint | 2-ER-194 |

## III. Notice of Appeal and Docket

| Date | Dkt. No. | Description | Page |
|---|---|---|---|
| 09/08/2023 | 212 | Notice of Appeal | 2-ER-270 |
| -- | -- | Docket for Case No. 2:22-cv-00047 (C.D. Cal.) | 2-ER-275 |

IV. Provisionally Under Seal

| Date | Dkt. No. | Description | Page |
|---|---|---|---|
| 05/01/2023 | 160 | Civil Minutes: Tentative Ruling on Defendants' Motion to Compel Arbitration | 3-ER-297 |