Case No. 23-55770

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

SKOT HECKMAN, LUIS PONCE,
JEANENE POPP, JACOB
ROBERTS, on behalf of themselves
and all those similarly situated,
Plaintiffs-Appellees,

v.

LIVE NATION ENTERTAINMENT,
INC., TICKETMASTER, LLC,
Defendants-Appellants.

Appeal from the United States District Court
for the Central District of California
The Honorable George H. Wu Presiding
Case No. 2:22-cv-00047-GW-GJS

## SUPPLEMENTAL EXCERPTS OF RECORD FOR PLAINTIFFS-APPELLEES
## INDEX VOLUME

Kevin Teruya
Adam Wolfson
William R. Sears, IV
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
865 S Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Warren D. Postman
　*Counsel of Record*
Albert Young Pak
Noah Heinz
Ethan H. Ames
KELLER POSTMAN LLC
1101 Connecticut Avenue, N.W.,
Suite 1100
Washington, DC 20036
(202) 918-1123
wdp@kellerpostman.com

*Attorneys for Plaintiffs-Appellees*

## Volume I - 1-SER-1 to 1-SER-6

| Dkt. No. | Filed Date | Name | SER Pages |
|---|---|---|---|
| 50 | 6/9/2022 | Ruling on Plaintiffs' Motion for Discovery Related to Whether a Valid Arbitration Agreement Exists | 1-SER-1 to 1-SER-6 |

## Volume II - 2-SER-7 to 2-SER-108

| Dkt. No. | Filed Date | Name | SER Pages |
|---|---|---|---|
| 195 | 7/27/2023 | Defendants' Second Supplemental Brief in Support of Motion to Compel Arbitration | 2-SER-8 to 2-SER-17 |
| 173 | 6/19/2023 | Defendants' Supplemental Reply Brief in Support of Motion to Compel Arbitration | 2-SER-18 to 2-SER-30 |
| 166 | 6/2/2023 | Defendants' Supplemental Brief in Support of Motion to Compel Arbitration | 2-SER-31 to 2-SER-50 |
| 150 | 4/14/2023 | Defendants' Reply in Support of Motion to Compel Arbitration | 2-SER-51 to 2-SER-78 |
| 30-1 | 3/8/2022 | Memorandum of Points and Authorities in Support of Defendants' Motion to Compel Arbitration | 2-SER-79 to 2-SER-108 |

## Volume III - 3-SER-109 to 3-SER-408

| Dkt. No. | Filed Date | Name | SER Pages |
|---|---|---|---|
| 146-4 | 3/22/2023 | Ex. C, Deposition Transcript of Collin Williams, January 24, 2023 | 3-SER-110 to 3-SER-408 |

## Volume IV - 4-SER-409 to 4-SER-593

| Dkt. No. | Filed Date | Name | SER Pages |
|---|---|---|---|
| 146-4 | 3/22/2023 | Ex. C, Deposition Transcript of Collin Williams, January 24, 2023 | 4-SER-410 to 4-SER-489 |
| 146-5 | 3/22/2023 | Ex. D, Deposition Transcript of Kimberly Tobias, January 26, 2023 | 4-SER-490 to 4-SER-547 |
| 146-6 | 3/22/2023 | Ex. E, Declaration of Collin Williams | 4-SER-548 to 4-SER-551 |
| 146-7 | 3/22/2023 | Ex. F, Email dated February 8, 2021 | 4-SER-552 to 4-SER-572 |
| 146-8 | 3/22/2023 | Ex. G, Email dated April 28, 2021 | 4-SER-573 to 4-SER-576 |
| 146-10 | 3/22/2023 | Ex. I, Email dated April 28, 2021 | 4-SER-577 to 4-SER-579 |
| 146-11 | 3/22/2023 | Ex. J, Email dated August 18, 2021 | 4-SER-580 to 4-SER-582 |
| 146-12 | 3/22/2023 | Ex. K, Email dated August 23, 2021 | 4-SER-583 to 4-SER-584 |
| 146-13 | 3/22/2023 | Ex. L, Email dated September 8, 2021 | 4-SER-585 to 4-SER-587 |
| 146-14 | 3/22/2023 | Ex. M, Email dated November 15, 2021 | 4-SER-588 to 4-SER-589 |

| 146-15 | 3/22/2023 | Ex. N, Email dated December 20, 2021 | 4-SER-590 to 4-SER-593 |