**FILED**

DEC 20 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SKOT HECKMAN; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER, LLC, <br><br> Defendants - Appellants. | No. 23-55770 <br><br> D.C. No. 2:22-cv-00047-GW-GJS <br> U.S. District Court for Central California, Los Angeles <br><br> **ORDER** |

The amicus brief submitted by Amicus Curiae Brian T. Fitzpatrick, Esquire and the amicus brief submitted by Amici Curiae American Association for Justice and Public Justice are filed.

*Within 7 days of this order, the filer of each brief is ordered to file 6 copies of that brief in paper format, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website at http://www.ca9.uscourts.gov/forms/form18.pdf.*

The covers of the amicus briefs must be green.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939.

The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT