UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 8 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SKOT HECKMAN; et al., | No. 23-55770 |
| Plaintiffs-Appellees, | D.C. No. 2:22-cv-00047-GW-GJS<br>Central District of California, |
| v. | Los Angeles |
| LIVE NATION ENTERTAINMENT, INC.; TICKETMASTER, LLC, | ORDER |
| Defendants-Appellants. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellants filed notices of intent to file publicly the opening brief, Volume 3 of the excerpts of record, the reply brief, and the further excerpts of record (Docket Entry Nos. 19, 20, 39). *See* 9th Cir. R. 27-13(f). No other party has filed a motion to file or maintain these documents under seal. The Clerk will unseal the notices (Docket Entry Nos. 19-1, 20-1, 39-1), and file publicly the opening brief, Volumes 1 through 3 of the excerpts of record, the reply brief, and the further excerpts of record (Docket Entry Nos. 19-2, 20-2, 21, 39-2, 39-3). The Clerk will also file publicly Volumes 1 through 2 of the supplemental excerpts of record (Docket Entry No. 30).

Appellees filed notices of intent to file publicly the answering brief and Volumes 3 and 4 of the supplemental excerpts of record (Docket Entry Nos. 29,

OSA145

31).

Appellants' opposed motion (Docket Entry No. 38) to file under seal portions of the answering brief and Volumes 3 and 4 of the supplemental excerpts of record is granted, subject to reconsideration by the merits panel.

The Clerk will file publicly the motion to seal (Docket Entry No. 38-1). The Clerk will file under seal Exhibit A to the motion to seal, the answering brief, and Volumes 3 and 4 of the supplemental excerpts of record (Docket Entry Nos. 29-2, 31-2, 31-3, 38-2).

Within 21 days of this order, appellees must submit for public filing redacted versions of the answering brief and Volumes 3 and 4 of the supplemental excerpts of record that track the proposed redactions highlighted in Docket Entry No. 38-2. The page numbering and citations in the public versions must remain the same as in the sealed versions.

Briefing is complete.