# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 20. Notice of Intent to Unseal

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form20instructions.pdf

**9th Cir. Case Number(s)** | No. 23-55770

**Case Name** | Heckman et al. v. Live National Entertainment, Inc., et al.

Pursuant to Circuit Rule 27-13(f), I intend to file the following document or set of documents publicly although the document or set of documents were filed under seal in the district court or agency. The document or set of documents filed herewith provisionally under seal are:

Reply Brief;
Further Excerpts of Record

☒ I understand that unless any other party files a motion to maintain the seal **within 21 days**, these documents will be unsealed without further notice.

Position of the other party or parties, if known:

Unknown

**Signature** | s/ Timothy L. O'Mara     **Date** | Jan 3, 2024

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 20**                                                            Rev. 07/01/2019