UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 13 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SKOT HECKMAN; et al.,

        Plaintiffs - Appellees,

v.

LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER, LLC,

        Defendants - Appellants.

No. 23-55770

D.C. No. 2:22-cv-00047-GW-GJS
U.S. District Court for Central California, Los Angeles

**ORDER**

The redacted answering brief and the redacted volumes 3 and 4 of the supplemental excerpts of record submitted on February 9, 2024 by Appellees are filed.

No paper copies are required.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT