# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s):** 23-55770

**Case Name:** Heckman, et al. v. Live Nation et al.

**Hearing Location (*city*):** Pasadena

**Your Name:** Roman Martinez

List the sitting dates for the two sitting months you were asked to review:

June 3-7; June 10-14; July 8-12; July 15-19

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I have an unresolvable conflict on July 10-12 due to a planned family trip for which non-refundable airfare has been purchased and deposits have been paid. All the other dates for the June and July 2024 sittings work. I have consulted with Plaintiffs' counsel of record, who has confirmed that all the other June/July dates work for him as well.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

● Yes ○ No

If yes, list the number, name, and hearing city of each of the other case(s):

No. 23-16079, Mollaei v. Ottonomo Inc. Oral argument will occur in San Francisco.

**Signature:** s/Roman Martinez    **Date:** 3/08/24

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**    *New 12/01/2018*