No. 23-55770

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**SKOT HECKMAN; LUIS PONCE; JEANENE POPP; JACOB ROBERTS,**
on behalf of themselves and all those similarly situated,

*Plaintiffs-Appellees*,

v.

**LIVE NATION ENTERTAINMENT, INC.; TICKETMASTER, LLC,**

*Defendants-Appellants*.

On Appeal from the United States District Court
for the Central District of California
No. 2:22-cv-00047-GW-GJS (George H. Wu, District Judge)

## DEFENDANTS-APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR PANEL REHEARING AND/OR REHEARING EN BANC

Roman Martinez
Uriel Hinberg
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

Sadik Huseny
LATHAM & WATKINS LLP
300 Colorado Street
Suite 2400
Austin, TX 78701
(737) 910-7300

Timothy L. O'Mara
  *Counsel of Record*
Andrew M. Gass
Alicia R. Jovais
Robin L. Gushman
Nicholas Rosellini
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
(415) 391-0600
tim.omara@lw.com

November 13, 2023

*Counsel for Defendants-Appellants*
*Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Circuit Rule 31-2.2, Defendants-Appellants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Live Nation") respectfully file this motion for an extension of 14 days within which to file a petition for panel rehearing and/or rehearing en banc. This Court issued its decision on October 28, 2024, and any rehearing petition is currently due on November 12, 2024. This motion, if granted, would extend the time for filing the petition to November 26, 2024.

There is good cause to extend the deadline for filing a petition for panel rehearing and/or rehearing en banc beyond the 14 days allotted by Federal Rules of Appellate Procedure 35(c) and 40(a)(1). This case presents important issues regarding the intersection of state contract law and the Federal Arbitration Act, and Live Nation requires additional time to ensure those issues are adequately presented for this Court's review.

As set forth in the accompanying declaration, Live Nation's counsel, Roman Martinez, who is principally responsible for preparing the petition, has had—and will have—numerous other deadlines and obligations in the period stretching from receipt of the panel's proposed opinion on October 15, 2024 until November 20, 2024, including: (1) a motion for leave to appeal under 28 U.S.C. § 158(a)(3) in the U.S. District Court for the Northern District of California (October 24); (2) a petition for interlocutory review under 28 U.S.C. § 1292(b) in the U.S. Court of Appeals for

1

the Seventh Circuit (October 28); (3) a reply brief in support of certiorari in the Supreme Court of the United States (November 4); (4) oral argument in the U.S. Court of Appeals for the Sixth Circuit (November 14); (5) a merits brief in the California Court of Appeal (November 15); (6) a reply brief in support of certiorari in the Supreme Court of the United States (November 19); (7) a reply brief in the California Court of Appeal (November 20); (8) a merits brief in the U.S. Court of Appeals for the Third Circuit (November 20); and (9) previously scheduled work or family travel (October 17, 19-20; November 7-9).

An extension is warranted to allow counsel sufficient time to evaluate the grounds for a petition, to prepare any petition, and for client review. In addition, a 14-day extension will allow any amici curiae potentially interested in filing a brief in support of rehearing to review the issues and prepare a submission.

Live Nation and its counsel have exercised diligence in this matter and will file any petition for panel rehearing and/or rehearing en banc within the time requested. Live Nation has not made a previous request for an extension of time within which to file a petition for panel rehearing and/or rehearing en banc, and an extension would not materially prejudice any other party.

Counsel for Live Nation has conferred with counsel for the Plaintiffs-Appellees, and Plaintiffs-Appellees oppose this motion for an extension.

| Dated: October 29, 2024 | Respectfully submitted, |
|---|---|
| | /s/ Timothy L. O'Mara |
| Roman Martinez | Timothy L. O'Mara |
| Uriel Hinberg | *Counsel of Record* |
| LATHAM & WATKINS LLP | Andrew M. Gass |
| 555 Eleventh Street, NW | Alicia R. Jovais |
| Suite 1000 | Robin L. Gushman |
| Washington, DC 20004 | Nicholas Rosellini |
| (202) 637-2200 | LATHAM & WATKINS LLP |
| | 505 Montgomery Street |
| Sadik Huseny | Suite 2000 |
| LATHAM & WATKINS LLP | San Francisco, CA 94111 |
| 300 Colorado Street | (415) 391-0600 |
| Suite 2400 | tim.o'mara@lw.com |
| Austin, TX 78701 | |
| (737) 910-7300 | |

*Counsel for Defendants-Appellants*
*Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

# DECLARATION OF ROMAN MARTINEZ

I, Roman Martinez, declare and state as follows:

1. I am a member of the bar of the District of Columbia, the State of New York, and of this Court. I am a partner of the law firm of Latham & Watkins LLP, and represent Defendants-Appellants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Live Nation") in the above-captioned matter.

2. On October 28, 2024, the panel issued its decision affirming the district court's order.

3. Under Federal Rules of Appellate Procedure 26(a)(2)(C), 35(c) and 40(a)(1), a petition for panel rehearing and/or rehearing en banc is due on November 12, 2024.

4. Live Nation requests a 14-day extension of time within which to file a petition for panel rehearing and/or rehearing en banc, up to and including November 26, 2024.

5. There is good cause to extend the deadline for filing a petition for panel rehearing and/or rehearing en banc beyond the 14 days allotted by Federal Rules of Appellate Procedure 35(c) and 40(a)(1). This case presents important issues pertaining to the intersection of state contract law and the Federal Arbitration Act, which have been complicated by a recent decision of the California Supreme Court, and Live Nation requires additional time to ensure those issues are adequately

presented for this Court's further review. Additionally, I am primarily responsible for preparing the petition for rehearing and have had—and will have—numerous deadlines and obligations in the period stretching from receipt of the panel's proposed opinions on October 15, 2024 until November 20, 2024, including: (1) a motion for leave to appeal under 28 U.S.C. § 158(a)(3) in the U.S. District Court for the Northern District of California (October 24); (2) a petition for interlocutory review under 28 U.S.C. § 1292(b) in the U.S. Court of Appeals for the Seventh Circuit (October 28); (3) a reply brief in support of certiorari in the Supreme Court of the United States (November 4); (4) oral argument in the U.S. Court of Appeals for the Sixth Circuit (November 14); (5) a merits brief in the California Court of Appeal (November 15); (6) a reply brief in support of certiorari in the Supreme Court of the United States (November 19); (7) a reply brief in the California Court of Appeal (November 20); (8) a merits brief in the U.S. Court of Appeals for the Third Circuit (November 20); and (9) previously scheduled work or family travel (October 17, 19-20; November 7-9). An extension is needed to evaluate the grounds for a petition, and to allow sufficient time for the preparation of any petition, for client review, and for any amici curiae potentially interested in filing a brief in support of rehearing to review the issues and prepare a submission.

6. Live Nation and its counsel have exercised diligence and will file the petition for panel rehearing and/or rehearing en banc within the time requested.

7. An extension would not materially prejudice any other party.

8. Counsel for Plaintiffs-Appellees in both appeals were notified of this motion on October 28, 2024. On the same day, Counsel for Plaintiffs-Appellees responded that Plaintiffs-Appellees would oppose this motion.

9. The court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this October 29, 2024, at Washington, D.C.

*s/ Roman Martinez*
Roman Martinez