# EXHIBIT 1

| | |
|---|---|
| **From:** | Warren Postman <wdp@kellerpostman.com> |
| **Sent:** | Monday, October 28, 2024 8:02 PM |
| **To:** | Roman.Martinez@lw.com; Noah Heinz |
| **Cc:** | Uriel.Hinberg@lw.com |
| **Subject:** | Re: Extension Request |

Hi Roman,

As you know, the antitrust claims at issue in this case have been pending in the district court for years now, and Live Nation sought and obtained a stay in the district court pending appeal. We would agree to the extension you request if Live Nation would agree to join us in asking the district court to lift the stay immediately (we would also agree to re-institute the stay if en banc review is granted). Absent this agreement, we would normally still agree to a short extension as a matter of professional courtesy. But in this case, Live Nation received the opinion on October 15, and therefore will already have 28 days to prepare its petition, twice the time allotted under the rules. Given that, we do not think further delay is warranted unless the stay is lifted.

Best,

**Warren Postman**
Managing Partner

Keller | Postman

1101 Connecticut Avenue, N.W., Suite 1100 | Washington, D.C., 20036
202.918.1870 | Email | Bio | Website

---

**From:** Roman.Martinez@lw.com <Roman.Martinez@lw.com>
**Date:** Monday, October 28, 2024 at 2:56 PM
**To:** Warren Postman <wdp@kellerpostman.com>
**Cc:** Uriel.Hinberg@lw.com <Uriel.Hinberg@lw.com>
**Subject:** Extension Request

Warren – I hope all is well with you. As you might expect, we are likely to seek rehearing in Live Nation. Now that the opinion has been filed, a petition for rehearing would is due on November 12 (the 11th is a court holiday). I am reaching out to see if you would agree to a 30-day extension, which would make the petition due on December 12. We would, of course, be amenable to a reciprocal extension should the court ask you for a response.

All the best,
Roman

**Roman Martinez**

**LATHAM & WATKINS** LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.637.3377

Email: roman.martinez@lw.com
https://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.