**FILED**

NOV 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SKOT HECKMAN; et al.,

    Plaintiffs-Appellees,

v.

LIVE NATION ENTERTAINMENT, INC.; TICKETMASTER, LLC,

    Defendants-Appellants.

No. 23-55770

D.C. No. 2:22-cv-00047-GW-GJS
Central District of California,
Los Angeles

ORDER

Before: W. FLETCHER, CHRISTEN, and VANDYKE, Circuit Judges.

Appellants' motion for extension of time to file petition for panel rehearing and/or rehearing en banc, filed on October 29, 2024, (Dkt No. 76), is DENIED. The Court notes that appellants already received a de facto extension of time when the Court sent its opinion under seal to the parties before filing. Judge VanDyke voted to grant the motion.