**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 6 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SKOT HECKMAN; et al., | No. 23-55770 |
| Plaintiffs-Appellees, | D.C. No. 2:22-cv-00047-GW-GJS<br>Central District of California,<br>Los Angeles |
| v. | |
| LIVE NATION ENTERTAINMENT, INC.; TICKETMASTER, LLC, | ORDER |
| Defendants-Appellants. | |

Before: W. FLETCHER, CHRISTEN, and VANDYKE, Circuit Judges.

Appellants filed a petition for panel rehearing and/or rehearing en banc on November 12, 2024 (Dkt. Entry 79). The panel has unanimously voted to deny the petition for panel rehearing. Judges Christen and VanDyke have voted to deny the petition for rehearing en banc, and Judge W. Fletcher so recommends.

The full court has been advised of the petition for rehearing en banc and no judge of the court has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and/or rehearing en banc is **DENIED**.